3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MARCEL D. GOODMAN     *                 JAN 0 9 2003
         VS                       *    CASE NO. B-02-028
GARY JOHNSON,             *      Michael N. Milby, Clerk of Court
EXECUTIVE DIRECTOR      *      By Deputy Clerk

## ORDER STRIKING DOCUMENT

     The Clerk has filed your <u>Application to Proceed in Forma Pauperis and Supporting Documentation</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District.

1. ____      Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. ____      Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ____      One or more of the following are not included beneath the attorney's signature:
         (a)     state bar number; or
         (b)     Southern District of Texas Federal Bar Number; or
         (c)     office address including zip code; or
         (d)     telephone and facsimile numbers with area codes (LR 11.3(A)).

4. ____      A copy of the filing was not provided (LR.5.2).

5. ____      No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. ____      No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. ____      Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. ____      A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ✓      Other: The Application to Proceed in Forma Pauperis was not supported by the Certificate (Prisoner Accounts). It was not signed by the Authorized Officer of Institution.

The document is stricken from the record.

Date: _01-09-03_                               _____
                                        Felix Recio, United States Magistrate Judge