In the United States District Court
for the Southern District of Texas
Brownsville Division

United States Courts
Southern District of Texas
FILED
JAN 17 2003
Michael N. Milby, Clerk

Marcel D. Goodman
vs.
Gary Johnson,
Executive Director

MISC
Case No. B-02-028

RE: Order Striking Document by Magistrate Judge

Dear Honorable Clerk:

I am in receipt of an instrument entitled Order to Strike Document in Case No. B-02-028 signed by the Honorable Magistrate Judge Felix Recio, regarding an incomplete Application to Proceed in Forma Pauperis in that it was not supported by the required Certificate of Prisoner's Account. However, in my being a layman I was unaware that this form was to be filed "Only" if I could not pay the required filing fee of $5.00. In that I am able to pay the filing fee I have made arrangements to do so by the enclosed copy of Withdrawal form by giving the appropriate party to withdraw the 5.00 fee from my trust fund Account.

As your previous dealings with the Texas Dept. of Crim. Just.-I.D. inmate trust fund, you realize that it often takes some time for them to clear the filing fees from inmates accounts. Therefore I implore you to be patient with me and not dismiss my Writ of Habeas Corpus and await the filing fee which has been

authorized by the appropriate official(s) to withdraw from his account.

Henceforth, my request is that you notify him upon the receipt of the filing fee.

And I shall thank you for your patience and concern and consideration in this matter. I am,

Respectfully Yours,
/s/ Marcel D. Goodman/1022367
Marcel D. Goodman, Pro se
Preston E. Smith Unit
1313 County Road 19
Lamesa, Texas 79331-1898

CC: file

CIB/mdg

w/ encls.

Page 2 of 2

INMATE REQUEST FOR WITHDRAWAL   183.64

01/14/03

SM

District Court

Inmate Signature: *Marcel Goodman*

1 022367

GOODMAN   MARCEL   D

5 00   Five and xx/100

UNITED DISTRICT COURT
P.O. Box 61010   Houston Texas 77208