

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 06 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| MARCEL D. GOODMAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. B-02-028 |
| | § | United States District Court |
| | § | Southern District of Texas |
| GARY JOHNSON, Executive Director | § | ENTERED |
| | § | |
| Respondent. | § | NOV 1 2 2003 |
| | § | |

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER**

Petitioner Marcel Goodman filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on December 17, 2002 (Docket No. 1). Along with the Petition for habeas relief, Goodman filed an application to proceed in forma pauperis ("IFP") (Docket #2). On January 9, 2003, an order from this Court was entered striking the Petitioner's application to proceed IFP because the application lacked the proper documentation from an authorized officer certifying the balance of Goodman's prisoner account (Docket No. 3). Unbeknownst to the Court, Petitioner responded by paying the filing fee on January 17, 2003 (Docket No. 4). The last entry on the official docket sheet reflects that the filing fee was received by the clerk's office on February 20, 2003.

Due to a filing error, the Court did not receive notice that the district clerk's office had received payment of Goodman's filing fee until November 5, 2003. The case file in this cause of action was inadvertently grouped with a series of cases this Court had been assigned by the McAllen Division of the Southern District of Texas. To put the matter bluntly, this case literally fell through the cracks.

Because the necessary filing fee was received, the United States Marshall Service is hereby ORDERED to serve the Defendant in this cause of action. Furthermore, the Defendant is

hereby ORDERED to respond to Goodman's petition according to the Federal Rules of Civil

Procedure.

IT IS SO ORDERED.

DONE in Brownsville, Texas, this ___6ᵗʰ___ day of November, 2003.


Felix Recio
United States Magistrate Judge