IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARCEL D. GOODMAN, § | |
| TDCJ-CID NO. 1022367, § | |
| Petitioner, § | |
| v. § | MISC. ACTION NO. B-02-028 |
| § | |
| DOUGLAS DRETKE, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| Respondent. § | |

**RESPONDENT DRETKE'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

This is a habeas corpus action brought by state prisoner Marcel D. Goodman. Respondent herein, by and through his attorney, the Attorney General of Texas, files this, Respondent Dretke's Motion to Appear *Pro Hac Vice* with Brief in Support. In support thereof, the Respondent would respectfully show the court the following:

The undersigned is an attorney with the Postconviction Litigation Division of the Office of the Attorney General of the State of Texas and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 6, 1998 and is a member in good standing of the State Bar of Texas. The undersigned began employment with this Division on October 13, 2003. The undersigned is in the process of applying for admission to the United States District Court Southern District of Texas. The undersigned has read the Local Rules for the District and agrees to abide thereby.

For the foregoing reasons, the undersigned respectfully requests that this motion to appear before this court *pro hac vice* be granted.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

DON CLEMMER
Acting Deputy Attorney General
for Criminal Justice

GENA BUNN
Assistant Attorney General
Chief, Postconviction Litigation Division

*Lead Counsel

*\[signature\]*
SALLIE CHRISTIAN-CARNAL*
Assistant Attorney General
State Bar No. 24006959

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

TO:   Petitioner, Marcel D. Goodman, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

*\[signature\]*
SALLIE CHRISTIAN-CARNAL
Assistant Attorney General

2

## CERTIFICATE OF CONFERENCE

I, Sallie Christian-Carnal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is representing himself *pro se* in this cause and is incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division. Respondent will not speculate on whether Petitioner will oppose this motion.

*Sallie Christian-Carnal*
SALLIE CHRISTIAN-CARNAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Sallie Christian-Carnal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Dretke's Motion to Appear *Pro Hac Vice* with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 3rd day of December, 2003, addressed to:

Marcel D. Goodman
TDCJ-CID No. 1022367
Boyd Unit
Route 2 Box 500
Teague, Texas 75860

*Sallie Christian-Carnal*
SALLIE CHRISTIAN-CARNAL
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCEL D. GOODMAN, | § | |
| TDCJ-CID NO. 1022367, | § | |
|     Petitioner, | § | |
| v. | § | MISC. ACTION NO. B-02-028 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
|     Respondent. | § | |

## ORDER

On this day the court considered Respondent Dretke's Motion to Appear *Pro Hac Vice* with Brief in Support. It is hereby ORDERED that said Motion is GRANTED. Assistant Attorney General Sallie Christian-Carnal is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this the _____ day of _____, 2003.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE