//

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARCEL D. GOODMAN, | § |
| TDCJ-CID NO. 1022367, | § |
| Petitioner, | § |
| v. | § |
| | § |
| DOUGLAS DRETKE, Director, | § |
| Texas Department of Criminal Justice, | § |
| Correctional Institutions Division, | § |
| Respondent. | § |

MISC. ACTION NO. B-02-028

## ORDER

On this day the court considered Respondent Dretke's Motion to Appear *Pro Hac Vice* with

Brief in Support. It is hereby ORDERED that said Motion is GRANTED. Assistant Attorney

General Sallie Christian-Carnal is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this the 16th day of December, 2003.


FELIX RECIO
UNITED STATES MAGISTRATE JUDGE