UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCEL D. GOODMAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. B-02-028 |
| | § | |
| GARY JOHNSON, Executive Director | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Respondent Dretke's Motion to Dismiss (Docket No. 8) is GRANTED and the Petitioner's petition for Section 2254 habeas relief is DENIED.

DONE at Brownsville, Texas this ____ day of ___March___, 2004.

Hilda Tagle
United States District Judge

6