# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

MARCEL D. GOODMAN, }
Petitioner, }
}
V. } MISC. ACTION NO. B-02-028
}
GARY JOHNSON, Executive Director }
}
Respondent. }

## PETITIONER GOODMAN'S OBJECTION TO AN ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE'S OF SAID COURT:

COMES NOW, Petitioner Marcel D. Goodman complaining of an Order Adopting Magistrate Judge's Report and Recommendation, as the order granting Respondent Dretke's Motion to Dismiss, and Petitioner's petition for Section 2254 habeas relief be denied, came before the alloted Notice to Parties. Which states, that a party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate Judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error. Petitioner Goodman claims plain error, since the Report and Recommendation of the Magistrate Judge was received at the Boyd Unit Mail window on March 7, 2004, and answered same day, with a Certificate of Service dated the 8th day of March, 2004.

Petitioner feel, that he has been harmed, being the non-moving party, because the District Court rendered it's decision, to grant Respondent's Dretke Motion to Dismiss, and Denying Petitioner's petition for Section 2254 habeas relief, before the 10 day appeal period. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

1.

## RECOMMENDATION

After reviewing the Court's Order, the Petitioner is of the opinion, that a re-hearing of Petitioner's Objections to the Report and Recommendation of the Magistrate Judge, be required. Accordingly, the Court must recommend, that such disposition of Petitioner's Objections to the Report and Recommendation of the Magistrate Judge, be reconsidered as Justice required. See Rules Governing §2254 Cases, Rule 8, 28 U.S.C.A. foll. §2254. Petitioner claims related to the findings of the disciplinary hearing officer, does state a claim for relief under 28 U.S.C. §2254. Accordingly, the Petitioner RECOMMENDS that his petition for writ of habeas corpus be granted.

*Marcel D. Goodman #1022367*
Marcel D. Goodman #1022367
Boyd Unit - Rt. 2 Box 500
Teague, Texas 75860

## CERTIFICATE OF SERVICE

I, Marcel D. Goodman, #1022367, Prisoner Pro Se, do hereby certify that two copies of the above and foregoing Petitioner Goodman's Objection To An Order Adopting the Magistrate Judge's Report and Recommendation, has been served by placing the same in the United States Mail, postage prepaid, on this the 12th day of March, 2004, addressed to: Clerk, United States District Court, Southern District of Texas, Post Office Box 61010, Houston, Texas 77208.

*Marcel D. Goodman*
MARCEL D. GOODMAN
#1022367.

2.