UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCEL D. GOODMAN, §<br>Petitioner, §<br>§<br>v. §<br>§<br>DOUG DRETKE,[1] Director, Texas §<br>Department of Criminal Justice, §<br>Correctional Institutions Division, §<br>Respondent. § | MISC. ACTION NO. B-02-028 |

## AMENDED ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 4, 2004, this Court improvidently issued an order adopting the Magistrate Judge's Report and Recommendation before Petitioner Goodman had opportunity to file objections to the Magistrate Judge's findings. Accordingly, this Court's previously issued order (Docket No. 13) is withdrawn.

Petitioner Goodman has since filed objections to the Magistrate Judge's Report and Recommendation, and the Court has now had the opportunity to review and consider said objections. After a do novo review of the file –including Petitioner's timely filed objections– the Court is still of the opinion that the Magistrate Judge's Report and Recommendation should be, and is hereby, ADOPTED. Resultantly, Respondent Dretke's Motion to Dismiss (Docket No. 8) is hereby GRANTED and the Petitioner's request for Section 2254 habeas relief (Docket No. 1) is hereby DENIED.

DONE at Brownsville, Texas this 26 day of March, 2004.

Hilda Tagle
United States District Judge

---

[1] Though the previous named respondent in this action was Gary Johnson, Doug Dretke was automatically substituted as a party when he became the Director of the Correctional Institutions Division. *See* Fed. R. Civ. P., Rule 25(d)(1).