IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCEL D. GOODMAN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. NO. B-02-028 |
| | § | |
| DOUG DRETKE, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Institutional Division, | § | |
| Respondent. | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING THE REQUEST FOR A COA**

Before the Court is the Report and Recommendation of the Magistrate Judge's Report and Recommendation Regarding the Request for a Certificate of Appealability in the above-reference cause of action. After a de novo review of the file, the Report and Recommendation is hereby ADOPTED. According, the Petitioner's Request for a Certificate of Appealability is hereby DENIED.

Done at Brownsville, Texas, this ___30___ day of ___August___ 2004.

_____
Hilda G. Tagle
United States District Judge